# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cudahy, Richard D | Court of Appeals/7th Circuit | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Chambers 2648 <br> 219 South Dearborn Street <br> Chicago, IL 60604 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman of the Board of Directors | ███████████ |
| 2. | Chairman | Gender Bias Committee/7th Circuit Court of Appeals |
| 3. | Member and Fellow | American Bar Association |
| 4. | Member, Council Group | American Bar Association Section on Public Utilities, Communications & Transportation |
| 5. | Member | The Lawyers Club of Chicago |
| 6. | Member | Federal Judges' Association |
| 7. | Trustee Emeritus and Member of Investment Committee | Catholic Theological Union, Chicago, Illinois |
| 8. | Member | American Legion |
| 9. | Co-Trustee | ███████ F T #1, #2 and CT #1 |
| 10. | Member | Union League Club of Chicago |
| 11. | Member | Advisory Committee to the Center for International Human Rights at Northwestern University |
| 12. | Member | Foundation Advisory Board of the International Aviation Law Institute at DePaul University |
| 13. | Member | Visiting Committee of the University of Chicago Divinity School |

FINANCIAL DISCLOSURE OFFICE

2007 MAY 21 A 11: 55

RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Prudentiaol Retirement ███████████████ | $ 1,451 |
| 2. 2006 | West Services, book royalties | $ 768.13 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Salary as Medical Doctor for Advocate Northside Health System |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1.   RICHARD D. CUDAHY, Personal | | | | | | | | | |
| 2.   -Cash Northern Trust Chicago | A | Interest | K | T | | | | | |
| 3.   -Cash Marshall&Ilsley Milw | B | Interest | K | T | | | | | |
| 4.   -Federted Treas Obl Fund | E | Interest | O | T | | | | | |
| 5.   -U S Treas Note | D | Interest | M | T | | | | | |
| 6.   -U S Treas Note | C | Interest | L | T | | | | | |
| 7.   -U S Treas Note | C | Interest | L | T | | | | | |
| 8.   -U S Treas Sec Stripped | | | M | T | | | | | Col. B (2)--Market disct accretion |
| 9.   -Idaho St Bldg Rev | B | Interest | | | Matured | Jul 3 | K | D | |
| 10.   Tulsa County OK Indp Sch Dis | | None | M | T | Buy | 8/30 | M | | |
| 11.   -Alexandria VA | B | Interest | | | Sell | 2/1 | L | | |
| 12.   -Carrollton TX | D | Interest | | | Prerefund | 8/15 | L | | |
| 13.   -Des Moines IA | B | Interest | | | Call | 6/1 | L | | |
| 14.   Santa Clara CA Uni Sch Dist | | Interest | M | T | Buy | 8/9 | M | | |
| 15.   -Albuquerque NM StormSewer | C | Interest | M | T | | | | | |
| 16.   -Clark Cnty NV Flood Control | D | Interest | M | T | | | | | |
| 17.   -Port Seattle WA | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -El PasoCnty TX | D | Interest | M | T | | | | | |
| 19.   -Salt Lake Cnty UT | C | Interest | M | T | | | | | |
| 20.   -McKinney TX Ser B | D | Interest | M | T | | | | | |
| 21.   -Jordan UT School | C | Interest | L | T | | | | | |
| 22.   -Mississippi ST | C | Interest | M | T | | | | | |
| 23.   -Pittsburg PA School | C | Interest | | | Prerefund | 9/1 | L | | |
| 24.   -Arlington TX ISD | C | Interest | M | T | | | | | |
| 25.   -Gulf Coast Waste TX | C | Interest | M | T | | | | | |
| 26.   -OH ST Bldg Auth | C | Interest | L | T | | | | | |
| 27.   -Columbus NE Comb. | C | Interest | L | T | | | | | |
| 28.   -Wichita, KS | D | Interest | M | T | | | | | |
| 29.   -King Co. WA | D | Interest | M | T | | | | | |
| 30.   -Utah ST | D | Interest | M | T | | | | | |
| 31.   -Univ. AL Gen | C | Interest | L | T | | | | | |
| 32.   -Nicholas Fund | A | Dividend | M | T | | | | | |
| 33.   -Vanguard GoldPrecMetals | A | Dividend | M | T | | | | | |
| 34.   -Newmont Mining | A | Dividend | K | T | Buy | 7/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Newmont Mining | A | Dividend | | | Sell | 9/21 | K | | |
| 36. -First Eagle Sogen Gold | C | None | M | T | | | | | |
| 37. -First Eagle Sogen Gold | | None | J | T | Buy | 3/20 | J | | |
| 38. -First Eagle Sogen Gold | | None | K | T | Buy | 8/28 | K | | |
| 39. -Franklin Gold | B | None | K | T | Buy | 10/19 | K | | |
| 40. -Franklin Gold | | None | K | T | Buy | 11/28 | K | | |
| 41. Streettracks Gold Tr | | None | L | T | | | | | |
| 42. -Genworth Life Ins. Co. | D | Distribution | M | T | | | | | |
| 43. -USBank Milw IRA Cash | A | Interest | K | T | | | | | |
| 44. -Marshl/IlslyBnkMilwIRA-Cash | B | Interest | K | T | | | | | |
| 45. -NuveenTaxExUnitTrusts | A | Dividend | | | Redemption | 9/15 | J | | |
| 46. -HarrisBnkWinnetka Cash/CashEq | A | Interest | K | T | | | | | |
| 47. -HarrisBnkWinnetka C/D | C | Interest | M | T | | | | | |
| 48. -HarrisBnkWintka Prem Savers | A | Interest | K | T | | | | | |
| 49. -Marshl/IlslyBnkMilw C/D (IRA) | B | Interest | K | T | | | | | |
| 50. -NuveenMuniFund | A | Dividend | K | T | | | | | |
| 51. -VanKampenValuMuniTrust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VanKampen Advtg Muni Tr II | A | Dividend | J | T | | | | | |
| 53. -Centennial MonMkt Tr | A | Dividend | J | T | | | | | |
| 54. -NuveenSelectTaxFreeIncome (Tr 525) | A | Dividend | J | T | | | | | |
| 55. -Municipal Advantage Fund | B | Dividend | K | T | | | | | |
| 56. -Nuveen Municipal Value Fund | A | Dividend | K | T | | | | | |
| 57. -Neuberger Berman Mun Fund (Intermediate) | B | Dividend | K | T | | | | | |
| 58. -Blackrock Muni Tr. II | B | Dividend | K | T | | | | | |
| 59. RICHARD D. CUDAHY FT #1 - NORTHERN TR CO-TTE | G | | P2 | T | | | | | B2=div, int, cap gain distributions |
| 60. -Short-term Investments & Cash | | Interest | | T | | | | | |
| 61. -MFB Northern Grwth Eqty Fund | | Dividend | | T | | | | | |
| 62. -MFB Northern Intnatl GrEqFnd | | Dividend | | T | | | | | |
| 63. -MFB Northern SmallCapIndexFnd | | Dividend | | T | | | | | |
| 64. -MA (St. Cons) Refunding | | Interest | | T | | | | | |
| 65. -Davenport IA | | Interest | | | Matured | 6/1 | M | A | |
| 66. -Southern IL Univ | | Interest | | T | | | | | |
| 67. -Austin TX ISD 06 | | Interest | | | Matured | 8/1 | M | | |
| 68. -Atlanta GA Dev Auth | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -NJ Environmental | | Interest | | T | | | | | amort/accrete |
| 70. -Maryland | | Interest | | T | | | | | |
| 71. -Forest Hills MI PubSchl | | Interest | | T | | | | | |
| 72. -Summit NJ | | Interest | | T | | | | | amort/accrete |
| 73. -Henrico Cnty VA | | Interest | | T | | | | | amort/accrete |
| 74. RICHARD D CUDAHY FT #2/DJ GODFREY JR MILWAUK CO-TTEE | G | | P1 | T | | | | | B2=di, int, cap gain distributions |
| 75. -Federated Treas Oblgatns Fd | | Interest | | T | | | | | |
| 76. -U S Treas Stripped | | None | | | Matured | 5/15 | L | | |
| 77. -U.S. Treas Note | | | | T | Buy | 11/21 | M | | |
| 78. U.S. Treas Note | | Interest | | T | Buy | 11/21 | M | | |
| 79. U.S. Treas. Note | | Interest | | T | Buy | 7/7 | L | | |
| 80. U.S. Treas. Note | | Interest | | T | Buy | 9/19 | K | | |
| 81. U.S. Treas. Note | | Interest | | T | | | | | |
| 82. -Ishares Msci Emerg. Mkts Ind. Fund | | Dividend | | | Sell | 5/25 | L | D | |
| 83. TX St Pub Fin. Auth Rev. | | Interest | | T | Buy | 11/30 | L | | |
| 84. -Tempe AZ | | Interest | | T | | | | | |
| 85. -Arlington TX | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Clark Cnty NV | | Interest | | T | | | | | |
| 87. -Sapulpa OK Cap Impr | | Interest | | T | | | | | |
| 88. -Kentucky Interlocal Sch Trans Auth. | | Interest | | T | | | | | |
| 89. -Portsmouth VA Prf | | Interest | | T | | | | | |
| 90. -Portsmouth VA | | Interest | | T | | | | | |
| 91. -Travis Cnty TX | | Interest | | T | | | | | |
| 92. -Pittsburgh PA School | | Interest | | | Prerefund | 9/1 | L | | |
| 93. -Gulf Coast Waste TX | | Interest | | T | | | | | |
| 94. -Tacoma WA Water | | Interest | | T | | | | | |
| 95. -Pulaski Cnty AR | | Interest | | T | | | | | |
| 96. -Nicholas Fund | | Dividend | | T | | | | | |
| 97. -Fidelity Equity Inc. Fund | | Dividend | | T | | | | | |
| 98. -Utah ST Ser B 4.5% | | Interest | | T | | | | | |
| 99. -Denver Co. City & Co. SD | | Interest | | T | Buy | 9/21 | M | | |
| 100. -Vanguard IntnatlGroPofolio | | Dividend | | T | | | | | |
| 101. -Vanguard Index500 Pofolio | | Dividend | | T | | | | | |
| 102. -AIM Invesco Finan Svcs | | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard Healthcare Portfolio | | Dividend | | T | | | | | |
| 104. T Rowe Price MidCap Growth | | Dividend | | T | | | | | |
| 105. -King Co. WA Ref. Ser. A | | Interest | | T | | | | | |
| 106. Nasdaq 100 Index Trcking Stock | | Dividend | | T | | | | | |
| 107. RICHARD D CUDAHY 1976 TRUST/D J G&JSC TTEES | E | | P1 | T | | | | | B2=div, int, cap gain distributions |
| 108. -FederatedTreasOblFund | | Interest | | T | | | | | |
| 109. -U S Treas Stripped | | | | | Matured | 5/15 | K | B | |
| 110. U.S. Treas. Note | | Interest | | T | Buy | 7/7 | K | | |
| 111. U.S. Treas. Note | | Interest | | T | Buy | 9/19 | L | | |
| 112. U.S. Treas. Note | | Interest | | T | Buy | 11/21 | L | | |
| 113. -Leander, TX Ind. Sch. | | Interest | | T | Buy | 7/27 | L | | |
| 114. TX St Pub Fin Auth | | Interest | | T | Buy | 11/30 | L | | |
| 115. -Alexandria VA | | Interest | | | Matured | 2/1 | K | | |
| 116. -Tempe AZ | | Interest | | T | | | | | |
| 117. -Clark Cnty NV Ref Flood Contrl | | Interest | | T | | | | | |
| 118. -Kentucky Intloc Sch Trans Auth | | Interest | | T | | | | | |
| 119. -KY School (duplication/error) | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Pittsburgh PA School | | Interest | | | Prerefund | 9/1 | L | | |
| 121. -Pulaski Cnty AR | | Interest | | T | | | | | |
| 122. -Beaufort Cnty. S.C. | | Interest | | T | | | | | |
| 123. -Ishares Msci Emerg. Mkts Ind. Fund. | | Dividend | | | Sell | 5/25 | K | C | |
| 124. -King Co. WA Ref. Ser. A | | None | | T | | | | | |
| 125. -Nicholas Fund | | Dividend | | T | | | | | |
| 126. -Fidelity Equity Income Fund | | Dividend | | T | | | | | |
| 127. -VanguardWorldIntnatlGrowth | | Dividend | | T | | | | | |
| 128. -Vanguard Index Tr 500 | | Dividend | | T | | | | | |
| 129. -Vanguard Health Care | | Dividend | | T | | | | | |
| 130. -AIM Invesco Finan Svcs | | Dividend | | T | | | | | |
| 131. -T Rowe Price MidCap Growth | | Dividend | | T | | | | | |
| 132. Nasdaq 100 Index | | Dividend | | T | | | | | |
| 133. RDC CO | F | | P1 | T | | | | | B(2) = div, int, cap gain distributions |
| 134. -CashMarshall/IlsleyBnk Milw | | Interest | | T | | | | | |
| 135. -Gen Municipal Money Mkt | | Interest | | T | | | | | |
| 136. -S&P DeposRecptsSerI Com Stk | | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Streettracks Gold | | Interest | | T | | | | | |
| 138.  -Nicholas Fund | | Dividend | | T | | | | | |
| 139.  -Select Sector Spdr Tr Sbl Int-Tech | | Dividend | | T | | | | | |
| 140.  -Select Sector Spdr Tr Sbi Int-Inds | | Dividend | | T | | | | | |
| 141.  -Health Care Select Sector SPDR | | Dividend | | T | | | | | |
| 142.  -Select Sector Spdr Tr Sbi Int-Tech | | Dividend | | T | | | | | |
| 143.  Leander, TX Ind Sch Dist | | Interest | | T | Buy | 8/3 | M | | |
| 144.  -MS St Cap Imp Bldg Fund | | Interest | | T | | | | | |
| 145.  -CypressFairbanks TX ISD | | Interest | | T | | | | | |
| 146.  -Lumberton, TX ISD | | Interest | | T | | | | | |
| 147.  -Ohio ST Pub Facil | | Interest | | T | | | | | |
| 148.  -Zapata Co TX ISD | | Interest | | T | | | | | |
| 149.  Tampa Bay FL Wat Util Sys Rev Ref | | Interest | | T | Buy | 1/10 | M | | |
| 150.  Mecklenburg Co. NC Pub Imp Bond | | Interest | | T | Buy | 1/6 | M | | |
| 151.  Mecklenburg Co. NC Publ Imp Bond | | Interest | | | Sell | 4/3 | L | | |
| 152.  -Ishares MSCI EAFE Index Fund | | Interest | | T | | | | | |
| 153.  -Ishares FTSE/Xinhua China | | Dividend | | | Buy | 9/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Ishares Japan Ind Fund | | Dividend | | | Buy | 1/12 | L | | |
| 155. -Ishares Japan Ind Fund | | Dividend | | | Sell | 6/9 | K | | |
| 156. -Ishares MSCI Emerg Mkts Ind. | | Interest | | | Sell | 5/23 | L | D | |
| 157. -AK State Housing | | Interest | | T | | | | | |
| 158. -Arlington TX Imprvmnt | | Interest | | T | | | | | |
| 159. -WA State HCFA Rev | | Interest | | T | | | | | |
| 160. -Nazareth TX ISD | | Interest | | T | | | | | |
| 161. -CollinCnty TX CommunCollg | | Interest | | T | | | | | |
| 162. -U S Treas Stripped | | | | T | | | | | Col B2-mkt disct accretion |
| 163. -U S Treas Note | | Interest | | T | | | | | |
| 164. -U.S. Treas Note | | Interest | | T | Buy | 12/11 | L | | |
| 165. -RICHARD D CUDAHY CT #1 FBO PG - DJG, Co-TTee | E | | P1 | T | | | | | B2 - div, cap gain distributions |
| 166. -FederatdTreasOblgtnsFund | | Interest | | T | | | | | |
| 167. -US Treas Note | | Interest | | T | | | | | |
| 168. -US Treas Note | | Interest | | T | Buy | 11/21 | L | | |
| 169. -U S Treas Note | | Interest | | T | | | | | |
| 170. -TX St Pub Fin Auth | | Interest | | T | Buy | 11/30 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Austin TX Ctfsoblig | | Interest | | T | | | | | |
| 172. -ClarkCnty NV FloodConrol | | Interest | | | Matured | 11/1 | L | A | |
| 173. -King Cnty WA SD | | Interest | | | Matured | 12/1 | L | B | |
| 174. -King Co. WA Ref Ser A | | Interest | | T | | | | | |
| 175. -Nixa MO SDR02 | | Interest | | T | | | | | |
| 176. -Montgom AL Ser B | | None | | T | Buy | 12/22 | K | | |
| 177. -StLouisCntyMO SD R-6 | | Interest | | T | | | | | |
| 178. -Tennessee Sch Board Auth | | Interest | | T | | | | | |
| 179. -Sapulpa Okla CapImprov | | Interest | | T | | | | | |
| 180. -Utah St. Ser B | | Interest | | T | | | | | |
| 181. No. Little Rock AR He Facs Bd | | Interest | | T | Buy | 12/13 | L | | |
| 182. -Fidelity Equity Income | | Dividend | | T | | | | | |
| 183. -AIM Invesco Finan Svcs | | Dividend | | T | | | | | |
| 184. -Nicholas Fund | | Dividend | | T | | | | | |
| 185. -T RowePriceMid-CapGrwthFd | | Dividend | | T | | | | | |
| 186. -MS St Loc Sys Brdg Rehab | | None | | T | Buy | 12/8 | L | | |
| 187. -Ishares Msci Emerging Mkts Ind. Fund | | Dividend | | | Sell | 5/25 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Vanguard Health Care | | Dividend | | T | | | | | |
| 189.  -VanguardWorldInternatlGrwth | | Dividend | | T | | | | | |
| 190.  -Vanguard Index 500 | | Dividend | | T | | | | | |
| 191.  Nasdaq 100 Index Tracking Stock | | Dividend | | T | | | | | |
| 192.  RICHARD D CUDAHY CT #1 FBO ML - DJG, Co-ttee | E | | P1 | T | | | | | B2=div, int, cap gain distributions |
| 193.  -FederatedTreasOblFund | | Interest | | T | | | | | |
| 194.  -U.S. Treas. Note | | Interest | | T | | | | | |
| 195.  -U.S. Treas. Note | | Interest | | T | Buy | 11/21 | L | | |
| 196.  -U S Treasury Note | | Interest | | T | | | | | |
| 197.  -Utah ST | | Interest | | T | | | | | |
| 198.  -No. Little Rock AR He Fac | | Interest | | T | Buy | 12/13 | L | | |
| 199.  -Austin TX Ctfs Obl | | Interest | | T | | | | | |
| 200.  -Clark Cnty NV Flood Cntrl | | Interest | | | Matured | 11/1 | L | | |
| 201.  -King Cnty WA SD #412 | | Interest | | | Matured | 12/1 | L | A | |
| 202.  -King Co. WA Ser A | | Interest | | T | | | | | |
| 203.  TX St Pub Fin Auth | | Interest | | T | Buy | 11/30 | L | | |
| 204.  -Nixa MO SD R02 | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Montg AL Ref Ser B | | Interest | | T | Buy | 12/22 | K | | |
| 206. -StLouis CntyMO SD | | Interest | | T | | | | | |
| 207. MS St LocSys Bridge Rehab | | Interest | | T | Buy | 12/8 | L | | |
| 208. -TN SchoolBoard Auth | | Interest | | T | | | | | |
| 209. -Sapulpa Okla Cap Improv | | Interest | | T | | | | | |
| 210. -Fidelity Equity Income | | Dividend | | T | | | | | |
| 211. -AIM Invesco Finan Svcs | | Dividend | | T | | | | | |
| 212. -Nicholas Fund | | Dividend | | T | | | | | |
| 213. -T Rowe Price Mid-cap Growth | | Dividend | | T | | | | | |
| 214. -Vanguard Health Care | | Dividend | | T | | | | | |
| 215. -VanguardWorldIntnatlGrowth | | Dividend | | T | | | | | |
| 216. -Vanguard Index 500 | | Dividend | | T | | | | | |
| 217. -Ishares Msci Emerging Mkts Ind. Fund | | Dividend | | | Sell | 5/25 | K | C | |
| 218. Nasdaq 100 Index | | Dividend | | T | | | | | |
| 219. RICHARD D CUDAHY CT #2 FBO PG - DJG & J Holtz, Ttees | D | | O | T | | | | | B2 = div, int. cap gain distributions |
| 220. -Federated Treas Obl Fund | | Interest | | T | | | | | |
| 221. -U.S. Treas. Note | | Interest | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -U.S. Treas. Note | | Interest | | T | | | | | |
| 223. -U S Treas. Note | | Interest | | T | Buy | 7/7 | J | | |
| 224. -U S Treas Secur Stripped | | | | | Matured | 5/15 | J | | Col B(2) - Market disct accretion |
| 225. -Austin TX | | Interest | | T | | | | | |
| 226. -Clark Cnty NV | | Interest | | | Matured | 11/1 | K | | |
| 227. -Kentucky Inter loc School Trans | | Interest | | T | | | | | |
| 228. -King Co. WA Ref. Ser. A | | Interest | | T | | | | | |
| 229. -Ishares Msci Emerg Mktr. Ind. Fund | | Dividend | | | Sell | 5/25 | J | | |
| 230. -Fidelity Equity Income | | Dividend | | T | | | | | |
| 231. -AIM InvescoFinan Svcs | | Dividend | | T | | | | | |
| 232. -Nicholas Fund | | Dividend | | T | | | | | |
| 233. -T Rowe Price Mid-cap Growth | | Dividend | | T | | | | | |
| 234. -TX St Pub Fin Auth Rev | | Interest | | T | Buy | 11/30 | L | | |
| 235. -Vanguard Health Care | | Dividend | | T | | | | | |
| 236. -VanguardWorldInternatlGrwth | | Dividend | | T | | | | | |
| 237. -Vanguard Index 500 | | Dividend | | T | | | | | |
| 238. Nasdaq 100 Index | | Dividend | | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   S =Assessment
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. RICHARD D CUDAHY C T #2 FBO ML - DJG & J Holtz, Ttees | D | | O | T | | | | | B2-div, int, cap gain distributions |
| 240. -Federated Treas Obl Fund | | Interest | | T | | | | | |
| 241. -U S Treas Note | | Interest | | T | Buy | 7/7 | J | | |
| 242. -U S Treas Note | | Interest | | T | | | | | |
| 243. -U S Treas Stripped | | | | | Matured | 7/7 | J | | Col B(2) mkt isct accretion |
| 244. --Austin TX | | Interest | | T | | | | | |
| 245. -Clark Cnty NV | | Interest | | | Matured | 11/1 | K | | |
| 246. -King Co. WA Ref. Ser. A | | Interest | | T | | | | | |
| 247. -Kentucky Interlo Sch Trans | | Interest | | T | | | | | |
| 248. TX St Pub Fin Auth Rev | | Interest | | T | Buy | 11/30 | L | | |
| 249. -Ishares Msci Emerg. Mkts Ind Fd | | Dividend | | | Sell | 5/25 | J | A | |
| 250. -Fidelity Equity Income | | Dividend | | T | | | | | |
| 251. -AIM Inesco Finan Svcs | | Dividend | | T | | | | | |
| 252. -Nicholas Fund | | Dividend | | T | | | | | |
| 253. -T Rowe Price Mid-cap Growth | | Dividend | | T | | | | | |
| 254. -Vanguard Health Care | | Dividend | | T | | | | | |
| 255. -VanguardWorld InternatllGrowth | | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -Vanguard Index 500 | | Dividend | | T | | | | | |
| 257.  Nasdaq 100 Index | | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig_____ Date _5/15/07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY _____ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544